# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>WOODBRIDGE GROUP OF COMPANIES, LLC, *et al.*,[1]<br><br>               Remaining Debtors. | Chapter 11<br><br>Case No. 17-12560 (JKS)<br><br>(Jointly Administered) |
| MICHAEL GOLDBERG, as Liquidating Trustee of the Woodbridge Liquidation Trust, successor in interest to the estate of Woodbridge Group of Companies, LLC, *et al.*,<br><br>               Plaintiff,<br><br>v.<br><br>(SEE *EXHIBIT 1* ATTACHED HERETO),<br><br>               Defendants. | Adv. Proc. Case Nos. (SEE *EXHIBIT 1*) |

## NOTICE OF AGENDA OF MATTERS SCHEDULED FOR HEARING ON MAY 19, 2021 AT 9:00 A.M. (PREVAILING EASTERN TIME) BEFORE THE HONORABLE J. KATE STICKLES

**All remote hearings scheduled before Judge Stickles will be conducted entirely over Zoom and will require all participants to register in advance at the link provided below prior to the hearing.**

**Zoom registration link:**

**https://debuscourts.zoomgov.com/meeting/register/vJItcuygqjsrHRSBN1BkTj6SoFO5T0hetgg**

---

[1] The Remaining Debtors and the last four digits of their respective federal tax identification numbers are as follows: Woodbridge Group of Companies, LLC (3603) and Woodbridge Mortgage Investment Fund 1, LLC (0172). The Remaining Debtors' mailing address is 14140 Ventura Boulevard #302, Sherman Oaks, California 91423.

**RESOLVED MATTERS:**

1. Plaintiff's Motion for Default Judgment against Defendant JRH Marketing, Inc. [Filed 3/25/21] (Adv. Proc. Case No. 19-50916, Adv. Docket No. 21)

   Response Deadline: April 8, 2021 at 4:00 p.m. (ET).

   Responses Received: None.

   Related Documents:

   A. Certification of No Objection Regarding Plaintiff's Motion for Default Judgment [Filed 5/14/21] (Adv. Docket No. 27)

   B. [Signed] Order Granting Motion For Default Judgment [Filed 5/14/21] (Adv. Docket No. 28)

   Status: The Court has entered the order on this matter and it is now resolved.

2. Plaintiff's Motion for Default Judgment against Defendant Prestige Insurance Services, LLC [Filed 3/25/21] (Adv. Proc. Case No. 19-50934, Adv. Docket No. 21)

   Response Deadline: April 8, 2021 at 4:00 p.m. (ET).

   Responses Received: None

   Related Documents:

   A. Certification of No Objection Regarding Plaintiff's Motion for Default Judgment [Filed 5/14/21] (Adv. Docket No. 27)

   B. [Signed] Order Granting Motion For Default Judgment [Filed 5/14/21] (Adv. Docket No. 28)

   Status: The Court has entered the order on this matter and it is now resolved.

3. Plaintiff's Motion for Default Judgment against Defendant Thomas Doherty [Filed 3/25/21] (Adv. Proc. Case No. 19-50936, Adv. Docket No. 21)

   Response Deadline: April 8, 2021 at 4:00 p.m. (ET).

   Responses Received: None.

Related Documents:

A. Certification of No Objection Regarding Plaintiff's Motion for Default Judgment [Filed 5/14/21] (Adv. Docket No. 27)

B. [Signed] Order Granting Motion For Default Judgment [Filed 5/14/21] (Adv. Docket No. 28)

Status: The Court has entered the order on this matter and it is now resolved.

4. Plaintiff's Motion for Default Judgment against Defendant Vlchetr Thong [Filed 3/25/21] (Adv. Proc. Case No. 19-50937, Adv. Docket No. 21)

    Response Deadline: April 8, 2021 at 4:00 p.m. (ET).

    Responses Received: None.

    Related Documents:

    A. Certification of No Objection Regarding Plaintiff's Motion for Default Judgment [Filed 5/14/21] (Adv. Docket No. 27)

    B. [Signed] Order Granting Motion For Default Judgment [Filed 5/14/21] (Adv. Docket No. 28)

    Status: The Court has entered the order on this matter and it is now resolved.

5. Plaintiff's Motion for Default Judgment against defendant JP Snyder, Inc. [Filed 3/2/21] (Adv. Proc. Case No. 19-51035, Adv. Docket No. 21)

    Response Deadline: April 8, 2021 at 4:00 p.m. (ET).

    Responses Received: None.

    Related Documents:

    A. Certification of No Objection Regarding Plaintiff's Motion for Default Judgment [Filed 5/14/21] (Adv. Docket No. 26)

    B. [Signed] Order Granting Motion For Default Judgment [Filed 5/14/21] (Adv. Docket No. 27)

    Status: The Court has entered the order on this matter and it is now resolved.

**UNCONTESTED MATTERS UNDER CNO:**

6. Plaintiff's Motion for Default Judgment against Defendants Thomas H. Haag and Joanne P. Haag [Filed 3/25/21] (Adv. Proc. Case No. 19-50320, [Adv. Docket No. 31](#))

   Response Deadline: April 14, 2021 at 4:00 p.m. (ET).

   Responses Received: None.

   Related Documents:

   A. Certification of No Objection Regarding Plaintiff's Motion for Default Judgment [Filed 5/17/21] ([Adv. Docket No. 37](#))

   Status: A certification of no objection has been filed and counsel respectfully requests entry of the order at the convenience of the Court.

7. Plaintiff's Motion for Default Judgment against Defendants Mainstar Trust, Custodian For the Benefit of Diana Sehl, and Diana Sehl [Filed 3/31/21] (Adv. Proc. Case No. 19-50564, [Adv. Docket No. 25](#))

   Response Deadline: April 14, 2021 at 4:00 p.m. (ET).

   Responses Received: None.

   Related Documents:

   A. Certification of No Objection Regarding Plaintiff's Motion for Default Judgment [Filed 5/17/21] ([Adv. Docket No. 31](#))

   Status: A certification of no objection has been filed and counsel respectfully requests entry of the order at the convenience of the Court.

8. Plaintiff's Motion for Default Judgment against Defendants Mainstar Trust, Custodian For the Benefit of Daniel K. Gwinn, and Daniel K. Gwinn [Filed 3/31/21] (Adv. Proc. Case No. 19-50571, [Adv. Docket No. 23](#))

   Response Deadline: April 14, 2021 at 4:00 p.m. (ET).

   Responses Received: None.

   Related Documents:

   A. Certification of No Objection Regarding Plaintiff's Motion for Default Judgment [Filed 5/17/21] ([Adv. Docket No. 29](#))

Status: A certification of no objection has been filed and counsel respectfully requests entry of the order at the convenience of the Court.

9. Plaintiff's Motion for Default Judgment against Defendants RA Services Trust Company, Custodian for the Benefit of Michael D. Loring IRA, and Michael D. Loring [Filed 3/31/21] (Adv. Proc. Case No. 19-50597, Adv. Docket No. 21)

    Response Deadline: April 14, 2021 at 4:00 p.m. (ET).

    Responses Received: None.

    Related Documents:

    A. Certification of No Objection Regarding Plaintiff's Motion for Default Judgment [Filed 5/17/21] (Adv. Docket No. 27)

    Status: A certification of no objection has been filed and counsel respectfully requests entry of the order at the convenience of the Court.

10. Plaintiff's Motion for Default Judgment against Defendants Thomas V. Rasmussen, in his Capacity as Trustee of the Thomas V. & Georgia S. Rasmussen Family Living Trust, Thomas V. Rasmussen and Georgia S. Rasmussen [Filed 4/8/21] (Adv. Proc. Case No. 19-50757, Adv. Docket No. 24)

    Response Deadline: April 22, 2021 at 4:00 p.m. (ET).

    Responses Received: None.

    Related Documents:

    A. Certification of No Objection Regarding Plaintiff's Motion for Default Judgment [Filed 5/17/21] (Adv. Docket No. 30)

    Status: A certification of no objection has been filed and counsel respectfully requests entry of the order at the convenience of the Court.

**STATUS CONFERENCE:**

11. Order Requiring Omnibus Status Report Addressing Each Pending Adversary Proceeding [Filed 4/13/21] (Docket No. 4631)[2]

---

[2] This Order was also docketed in the cases listed on Exhibit 1.

Related Documents:

A. Liquidation Trust's Status Report for May 19, 2021 Status Conference [Filed 5/5/21] ([Docket No. 4646](Docket No. 4646))[3]

Status: At the Court's request, a status conference on the above-captioned adversary proceedings will be going forward.

Dated: May 17, 2021
Wilmington, Delaware

PACHULSKI STANG ZIEHL & JONES LLP

*/s/ Colin R. Robinson*
Richard M. Pachulski (CA Bar No. 90073)
Andrew W. Caine (CA Bar No. 110345)
Bradford J. Sandler (DE Bar No. 4142)
Colin R. Robinson (DE Bar No. 5524)
919 North Market Street, 17th Floor
P.O. Box 8705
Wilmington, DE 19899 (Courier 19801)
Telephone: 302-652-4100
Fax: 302-652-4400
Email: rpachulski@pszjlaw.com
　　　　acaine@pszjlaw.com
　　　　bsandler@pszjlaw.com
　　　　crobinson@pszjlaw.com

-and-

KTBS Law LLP
Kenneth N. Klee (admitted *pro hac vice*)
Michael L. Tuchin (admitted *pro hac vice*)
David A. Fidler (admitted *pro hac vice*)
Jonathan M. Weiss (admitted *pro hac vice*)
1801 Century Park East, 26th Floor
Los Angeles, CA 90067
Tel:　(310) 407-4000
Fax:　(310) 407-9090

*Counsel to the Woodbridge Liquidation Trust*

---

[3] This Report was also docketed in the cases listed on Exhibit 1.